18799

Samuel Guy McCOMBS, Respondent, v. Peggy Louise BRIDGES, one Ford 4-Door 1961 Model Automobile Bearing 1967 S. C. License No. ER-7840, William David Stephens, T. A. Stephens and one Chevrolet 4-Door 1963 Model Automobile Bearing 1967 S. C. License No. DA-1461, of whom Peggy Louise Bridges (and her Ford Automobile) is, Appellant.

(161 S. E. (2d) 817)

*Messrs. Butler, Chapman & Parler,* of Spartanburg, *for Appellant,*

*Claude R. Dunbar, Esq.,* of Spartanburg, *for Respondent,*

June 4, 1968.

*Per Curiam.*

This is an appeal from an order of the lower court denying a motion to strike certain allegations of the complaint as

irrelevant, immaterial and redundant, and also denying a motion to require that the complaint be made more definite and certain.

The general rule is well settled that an order refusing to strike allegations in a pleading as irrelevant and redundant is not conclusive upon the trial of the case upon the merits, and that an interlocutory appeal from such order will not lie. *Register v. Niagara Fire Ins. Co.,* 248 S. C. 504, 151 S. E. (2d) 640.

It is also a settled general rule that an order denying a motion to require plaintiff to make his complaint more definite and certain is not appealable until final judgment. *Fladger v. Beckman,* 42 S. C. 547, 20 S. E. 790; *Miles v. Charleston Light & Water Co.,* 87 S. C. 254, 69 S. E. 292; *Oxman v. Profitt,* 241 S. C. 28, 126 S. E. (2d) 852.

Application of the foregoing rules to the present appeal requires that it be dismissed; and it is so ordered.

Appeal dismissed.